**CENTER FOR DISABILITY ACCESS**
RAYMOND BALLISTER JR. (SBN 111282)
RUSSELL HANDY (SBN 195058)
DENNIS PRICE (SBN 279082)
AMANDA SEABOCK (SBN 289900)
amandas@potterhandy.com
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone:      (858) 375-7385
Facsimile:      (888) 422-5191

Attorneys for Plaintiff
CHRIS LANGER

**MARTENSON, HASBROUCK & SIMON LLP**
MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
MICHELLE A. PATRONI (SBN 312368)
mpatroni@martensonlaw.com
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Telephone:      (760) 683-8499
Facsimile:      (442) 244-0821

Attorneys for Defendant
JESSIE H. JUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Jessie H. Jung**, in individual and representative capacity as trustee of The Jessie H. Jung Family Trust Dated April 21, 2008; and **Does 1-10**, <br><br> Defendant. | CASE NO.: 2:20-cv-05081-MWF-KS <br><br> ASSIGNED TO THE HON. JUDGE MICHAEL W. FITZGERALD <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT JESSIE H. JUNG TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served:   June 10, 2020 <br> Current Deadline:   July 31, 2020 <br> New Deadline:   August 31, 2020 |

Pursuant to Local Rule 8-3, Plaintiff Chris Langer ("Plaintiff") and Defendant Jessica H. Jung ("Defendant") (collectively referred to as the "Parties"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's complaint. The parties stipulate as follows:

1.     On June 10, 2020, Plaintiff served his Complaint in this action alleging violations of the American with Disabilities Act and Unruh Civil Rights Act [Doc. 1];

2.     Defendant's responsive pleading was originally due July 1, 2020;

3.     The Parties met and conferred and agreed to extend Defendant's time to file a responsive pleading to July 31, 2020 [Doc. 12];

4.     The Parties recently met and conferred, and agreed to extend the time for Defendant to respond to the Complaint to August 31, 2020, to allow additional time for the Parties to continue engaging in settlement discussions; and

5.     This extension will not alter the date of any other event or deadline already fixed by this Court.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant will have until August 31, 2020, to respond to Plaintiff's complaint. SO STIPULATED.

DATE:  July 28, 2020                          POTTER HANDY, LLP


                                              By:   /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff
                                              CHRIS LANGER

DATE:  July 28, 2020                          MARTENSON, HASBROUCK & SIMON LLP


                                              By:   /s/ Michelle A. Patroni
                                              Michelle A. Patroni
                                              Attorney for Defendant
                                              JESSIE H. JUNG

2